No. 948, Misc. WEISSENBORN v. JONES ET AL. On motion for leave to file petition for writ of mandamus. Motion to accelerate filing of briefs and to advance denied. *Lewis M. Kanner* for petitioner on the motion.

No. 873, Misc. THOMAS v. PATE, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 561, Misc. ALLEN v. HASKINS, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. William B. Saxbe,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.

No. 562, Misc. LESTER v. HASKINS, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. William B. Saxbe,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.

No. 859, Misc. CANTRELL v. WEAKLEY, REFORMATORY SUPERINTENDENT;
No. 872, Misc. GUERRIERI v. MAXWELL, WARDEN, ET AL.;
No. 892, Misc. MOORE v. RANDOLPH, WARDEN; and
No. 894, Misc. PENRICE v. KLINGER, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 702, Misc. SMITH v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Lyndol L. Young* for petitioner. *Milo V. Olson, William K. Woodburn* and *Edward D. Neuhoff* for respondent Cord.